1

2

3

4

5

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

6

7

8      JOE HAND PROMOTIONS, INC.                Case No.:   10-01553 MJP

9                    Plaintiff,

10            vs.                                **ORDER OF JUDGMENT**

11     CHI-KONG WONG, NORRIS CHIU-HUNG
       WONG, SUI-KING WONG, FORTUNE
12     WONG, INC. D/B/A CHINA HOUSE
       RESTAURANT,
13

14                   Defendant.

15                        **JUDGMENT SUMMARY**

16         Judgment Creditor:          JOE HAND PROMOTIONS, INC.

17         Judgment Debtor:            NORRIS CHIU-HUNG WONG, SUI-KING WONG,
                                       FORTUNE WONG, INC. D/B/A CHINA HOUSE
18                                     RESTAURANT

19         Principal Judgment Amount:   $____3,875_____

20
           Attorney Fees:              $____1,015_____
21

22         **Total:**                  **$___4,890_____**

23     The above judgment shall bear interest at the statutory interest rate, beginning from the day of entry of

24     judgment.

25

26     ORDER FOR JUDGMENT                 1                  **HUPPERT LAW FIRM, PLLC**
                                                           *ATTORNEY AND COUNSELOR AT LAW*
27                                                            2722 Colby Avenue, Suite 535
                                                              Everett, Washington 98201
28                                                            TEL: (425) 258-5400
                                                              FAX: (425) 258-5403

1

2          This matter having come on for motion ; plaintiff appearing by and through its attorney Shaun

3  Huppert and defendant in default ; the Court having considered the exhibits, documents, and court file

4  in support the motion; and the Court having concluded that  judgment should be entered against the

5  defendants;

6

7
           NOW, THEREFORE, It is Ordered, Adjudged, and Decreed:
8
           1.  Plaintiff is hereby awarded judgment against defendants in the total amount of
9

10  $\_\_\_**4,890**_____.

11

12         DONE IN OPEN COURT this\_\_5th\_\_\_\_ day of\_\_\_April\_\_\_, 2011.

13

14

15
       _____
16     Marsha J. Pechman
       United States District Judge
17

18  Presented by:

19

20  By:_____
      Shaun Huppert WSBA #35018
21    Attorney for Plaintiff

22

23

24

25

26
    ORDER FOR JUDGMENT              2                    **HUPPERT LAW FIRM,PLLC**
27                                                       _Attorney and Counselor at law_
                                                         2722 Colby Avenue, Suite 535
28                                                               Everett, WA 98201
                                                         TEL: (425) 258-5400
                                                         FAX: (425) 258-5403